UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2026-CR-80009 Singhal/Maynard

18 U.S.C. § 922(g)(1)
26 U.S.C. § 5861(d)
18 U.S.C. § 924(d)(1)

UNITED STATES OF AMERICA

vs.

SCOTT MACLAREN

Defendant.
_____/

FILED BY SW D.C.
JAN 13 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about December 10, 2025, in Palm Beach County, in the Southern District of Florida, the defendant,

**SCOTT MACLAREN,**

did knowingly possess a firearm in and affecting interstate commerce, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

Pursuant to Title 18, United States Code, Section 921(a)(3)(D), it is further alleged that the firearm is five (5) destructive devices.

### COUNT 2

On or about December 10, 2025, in Palm Beach County, in the Southern District of Florida, the defendant,

**SCOTT MACLAREN,**

knowingly possessed a firearm, as defined in Title 26, United States Code, Section 5845(a), which firearm was not registered to the defendant in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

It is further alleged that the firearm is five destructive devices, as defined in Title 26, United States Code, Section 5845(a)(8) and (f).

## COUNT 3

On or about December 18, 2025, in Palm Beach County, in the Southern District of Florida, the defendant,

**SCOTT MACLAREN,**

did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the firearm and ammunition are:

a) One (1) Phoenix Arms Raven .25 caliber pistol;

b) Thirty-two (32) rounds of 5.56 caliber ammunition; and

c) Thirty-two (32) rounds of 9mm caliber ammunition.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **SCOTT MACLAREN,** has an interest.

2. Upon conviction of one or more offenses set forth in Counts One through Three of this Indictment, the defendant, **SCOTT MACLAREN,** shall forfeit to the United States of America, any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title

18, United States Code, Section 924(d)(1) and Title 26, United States Code, Section 5872.

A TRUE BILL

FOREPERSON

*[signature]* for
JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

*[signature: Juan A. Albino]*
JUAN A. ALBINO
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 2026-CR-80009 Singhal/Maynard

v.

SCOTT MACLAREN,

**CERTIFICATE OF TRIAL ATTORNEY**

_____/
Defendant.

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
- ☐ Miami
- ☐ Key West
- ☐ FTP
- ☐ FTL
- ☑ WPB

I do hereby certify that:
1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __2__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I ☑ 0 to 5 days
   - II ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV ☐ 21 to 60 days
   - V ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Judge Bruce E. Reinhart   Magistrate Case No. 25-8764-BER
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of 12/19/2025
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: *Juan A. Albino*
JUAN ALBINO
Assistant United States Attorney
SDFL Court ID No. A5503412

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __SCOTT MACLAREN__

Case No: __2026-CR-80009 Singhal/Maynard__

Count #: 1 and 3

__Felon in Possession of a Firearm__

__Title 18, United States Code, Section 922(g)(1)__
* Max. Term of Imprisonment:   15 Years
* Mandatory Min. Term of Imprisonment (if applicable): N/A
* Max. Supervised Release:   3 Years
* Max. Fine: $250,000
* Special Assessment:   $100

Count #: 2

__Possession of an Unregistered Device__

__Title 26, United States Code, Section 5861__
* Max. Term of Imprisonment:   10 Years
* Mandatory Min. Term of Imprisonment (if applicable): N/A
* Max. Supervised Release:   3 Years
* Max. Fine: $10,000
* Special Assessment:   $100

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.